UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 16-cv-23160-JAL

C.A.F., S. R.F. and J.H.F.,

    Plaintiffs,

v.

Miami-Dade County School Board,

    Defendant.

_____/

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties, by and through their undersigned attorneys, pursuant to their agreement settling this cause, stipulate that all claims that were or could have been asserted in this action are dismissed with prejudice. Each party shall bear his, her or its own fees and costs.

Dated: November 15, 2017

Respectfully Submitted:

| | |
|---|---|
| /s/ *Allison L. Hertog* <br> /s/ *Alice K. Nelson* <br> Florida Bar No. 0044155 <br> allison@makingschoolwork.com <br> Making School Work, P.L. <br> 1550 Madruga Ave., Ste. 333 <br> Coral Gables, FL 33146 <br> 305-663-9233 (phone) <br> 305-675-0562 (fax) <br> Alice Nelson, Esq. <br> Florida Bar No. 21171 <br> alice@nelsonlg.com <br> Of Counsel <br> Nelson Law Group <br> c/0 14043 Shady Shores Drive <br> Tampa, Florida 33613 | WALTER J. HARVEY <br> BY: /s/ *Mary Lawson* <br> Mary Lawson, Esq. <br> THE SCHOOL BOARD OF <br> MIAMI-DADE COUNTY, FLORIDA <br> 1450 N.E. Second Avenue <br> Suite 430 <br> Miami, Florida 33132 <br> Telephone: (305) 995-1304 <br> Facsimile: (305) 995-1412 <br> Florida Bar Number 584223 <br> mlawson@dadeschools.net <br><br> Edward S. Polk, Esq. <br> FBN:239860 <br> COLE, SCOTT & KISSANE, P.A. |

| 813- 284-5517 **Attorneys for Plaintiffs** | Suite 1400<br>9150 South Dadeland Boulevard<br>Miami, Florida  33156<br>Telephone:   (305)350-5346<br>Facsimile:    (305) 373-2294<br>Edward.Polk@csklegal.com<br><br>**Attorneys for Defendant** |
|---|---|
| | |

## CERTIFICATE OF SERVICE

      I hereby certify that on this 15 day of November, 2017 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner of those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

                                                                                                /s/ *Alice K. Nelson*

## SERVICE LIST

      C.A.F., et. al v. Miami-Dade County School Board

Mary Lawson, Esq.
Florida Bar Number 584223
mlawson@dadeschools.net
The School Board of Miami-Dade County
1450 N.E. Second Avenue, Suite 430
Miami, Florida 33132
Telephone: (305) 995-1304
Facsimile: (305) 995-1412

Edward S. Polk
Florida Bar Number 239860
Edward.Polk@csklegal.com
Alexandra Valdes
Alexandra.Valdes@csklegal.com
COLE, SCOTT & KISSANE, P.A.
Suite 1400
9150 South Dadeland Boulevard
Miami, Florida 33156
Telephone: (305)350-5346
Facsimile: (305) 373-2294

**ATTORNEYS FOR THE DEFENDANTS**

Allison L. Hertog, Esq.
(Florida Bar No. 0044155)
allison@makingschoolwork.com
Making School Work, P.L.
1550 Madruga Ave., Ste. 333
Coral Gables, FL 33146
305-663-9233 (phone
305-675-0562 (fax)

Alice K. Nelson
(Florida Bar No. 21171)
alice@nelsonlg.com
Of Counsel
Nelson Law Group
c/o 14043 Shady Shores Drive
Tampa, Florida 33613
813- 284-5517

**ATTORNEY FOR THE PLAINTIFFS**